# JOHN FRANCIS PENNINGTON *v.* STATE OF MARYLAND

[No. 540, September Term, 1970.]

*Decided June 10, 1971.*

The cause was argued before ORTH, THOMPSON and MOYLAN, JJ.

*Jack D. Guertin* for appellant.

*Robert A. DiCicco, Assistant Attorney General,* with whom were *Francis B. Burch, Attorney General, Arthur A. Marshall, Jr., State's Attorney for Prince George's County,* and *James E. Kenkel, Deputy State's Attorney for Prince George's County,* on the brief, for appellee.

ORTH, J., delivered the opinion of the Court.

The judgment entered in the Circuit Court for Prince George's County on 8 September 1969 upon John Francis Pennington's plea of nolo contendere to a charge of bribery is reversed for the reason that the consent of the lower court to the entry of the plea was improper. It was improper because the record is utterly silent as to

264

whether Pennington had an intelligent understanding that he possessed the privilege against compulsory self-incrimination and the right to confront his accusers and voluntarily waived them. See *Boykin v. Alabama,* 89 S. Ct. 1709, decided 2 June 1969, as construed in *McCall v. State,* 9 Md. App. 191, cert. denied, Court of Appeals of Maryland, 2 June 1970. See also *Williams v. State,* 10 Md. App. 570.

> *Judgment reversed; case remanded for a new trial.*